FILED

SEP 30 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 0490 |
| VEDO MCCLAIN, | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | JUDGE LIOI |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about November 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant VEDO MCCLAIN, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, on or about August 23, 1999, in Case Number CR-98-370419, in Cuyahoga County Court of Common Pleas; Drug Possession, on or about July 20, 2006, in Case Number CR-05-468044, in Cuyahoga County Court of Common Pleas; Drug Possession, on or about November 1, 2006, in Case Number CR-06-486220, in Cuyahoga County Court of Common Pleas; and Distribution of Cocaine, on or about October 12, 2006, in Case Number 1:06-CR-288, in the United States District Court for the Northern District of Ohio, did knowingly possess a firearm and ammunition, to wit: a Sig Sauer semiautomatic pistol, model P320 M18, 9mm caliber, serial number M18A118012, said firearm and ammunition having been shipped and transported in

interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant VEDO MCCLAIN shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein, including, but not limited to, the following: a Sig Sauer semiautomatic pistol, model P320 M18, 9mm caliber, serial number M18A118012, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.